# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

145099

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re CHARLES PORTUS.

_____

CHARLES PORTUS,
         Appellant.

_____/

SC: 145099
COA: 309197
Oakland Probate Court:
76-017337-MI

      On order of the Court, the application for leave to appeal the April 27, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

s0827